| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

| | | |
|---|---|---|
| GULF COAST MARINE & ASSOCIATES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:12-CV-342 |
| *The Vessel currently or formerly known as* HERCULES 2502, ITS ENGINES, MACHINERY, TACKLE, APPURTENANCES, APPAREL, ETC. *and* THOSE AT INTEREST THEREIN, *in rem*; *and* VERSATILE MARINE SERVICES, INC., *and* KENCANA PETROLEUM VENTURES SDN BHD, *in personam*, | § § § § § § § § § § § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to General Order 93-11. Pending before the Court is Plaintiff Gulf Coast Marine & Associates, Inc.'s "Opposed Motion to Dismiss" (Doc. No. 16). The Court has received and considered the report (Doc. No. 20) of the magistrate judge, who recommends that the Court grant the motion to dismiss and dismiss this case without prejudice. No objections to the report and recommendation have been filed. The Court's independent review confirms that the magistrate judge's analysis is correct.

The report and recommendation of the magistrate judge (Doc. No. 20) is **ADOPTED**, and the Plaintiff's Motion to Dismiss (Doc. No. 16) is **GRANTED**. Accordingly, this case is

**DISMISSED** without prejudice with each party to bear its own costs of court. The Clerk is directed to close the case.

**Signed this date.**

**May 7, 2013**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE